

KEN PAXTON

ATTORNEY GENERAL OF TEXAS

October 19, 2020

**VIA Electronic Filing**
Clerk, United States District Court
Western District of Texas
655 E. Cesar Chavez Blvd., Room G65
San Antonio, Texas 78206

Re:   *Carlos Zuniga v. Lorie Davis, Director*
      Civil Action No. 5:20-CV-786

Dear Clerk:

Attached please find **State Court Records** in the above referenced cause, which are being electronically filed with the Court. Thank you for your kind assistance in this matter.

Sincerely,

/s/ Patrick Todd
PATRICK TODD
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

PDT/aaj
Enclosures