Carlos Zuniga
TDCJ #01764283
Connally Unit
899 F.M. 632
Kenedy, TX. 78119-4516
FILED
FEB 10 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

08 February, 2021

United States District Court
Western District of Texas
655 East Cesar E. Chavez Boulevard
San Antonio, Texas 78206-1106

Re: Case 5:20-CV-00786

### LETTER TO THE COURT

Dear Honorable Judge of said Court:

I, Mr. Carlos Zuniga, asserts that the Board of Pardons has retaliated on me, Mr. Zuniga. This is why I believe that the Board's Record must be provided to this Honorable Court and a copy to me.

In this letter, I have included my reviews for parole:
1) 02/20/2015 - Denial Reasons: 2D, 3D;
2) 01/24/2018 - Denial Reasons: 2D; and
3) 01/22/2021 - Denial Reasons: 2D, 1D, 3D, 7D

I have been incarcerated nearly a decade, how has my [prison] record changed for the Board to increase (and add 3D again) the reasons for my denial for parole. I was enrolled in Lee College working to earn an Associate's Degree in Business Management, and Cabinet Making. Not by choice, TDCJ denied me this achievement, when I was transferred to different units with no colleges.

I assert, because of my civil action litigation, the Board has denied my conditional release (Parole) and has increased (added) new reasons for denial. The Board of Pardons and Paroles record is extremly important because, it will show the truth (the facts).

Respectfully submitted

*Carlos Zuniga* C.Z.
Carlos Zuniga, #01764283

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 08, 2021, a true copy of the _Letter to the Court_ has been served on opposing counsel Patrick D. Todd, Lead Counsel at: P.O. Box 12548, Capitol Station, Austin, Texas 78711, by placing said document in a properly addressed envelope with postage prepaid and placing said envelope in the prison mailbox.

*Carlos Zuniga* C.Z.
Carlos Zuniga, #01764283
Connally Unit
899 F.M. 632
Kenedy, Texas 78119-4516

```
PDKAR008AAHNE2              STATE OF TEXAS                    02/20/2015
                      BOARD OF PARDONS AND PAROLES            PAGE      1

                      NOTICE OF PAROLE PANEL DECISION
```

NAME: ZUNIGA,CARLOS
SID NUMBER: 04482946                          TDCJ-ID NUMBER: 01764283
TDCJ-ID UNIT OF ASSIGNMENT: ESTELLE
HOUSING ASSIGNMENT: ROW F2-2                  CELL: 11

SUBJECT: Decision Not to Grant Parole - NEXT REVIEW

   After a review of your case, the Board of Pardons and Paroles decision is not to grant you parole and has set your next parole review date as 02/2018.

   You have been denied parole for the reason(s) listed below:
One or more components indicated in each paragraph listed below may apply, but only one is required.
2D.  THE RECORD INDICATES THAT THE INMATE COMMITTED ONE OR MORE VIOLENT CRIMINAL ACTS INDICATING A CONSCIOUS DISREGARD FOR THE LIVES, SAFETY, OR PROPERTY OF OTHERS; OR THE INSTANT OFFENSE OR PATTERN OF CRIMINAL ACTIVITY HAS ELEMENTS OF BRUTALITY, VIOLENCE, OR CONSCIOUS SELECTION OF VICTIM'S VULNERABILITY SUCH THAT THE INMATE POSES A CONTINUING THREAT TO PUBLIC SAFETY; OR THE RECORD INDICATES USE OF A WEAPON.
3D.  THE RECORD INDICATES EXCESSIVE DRUG OR ALCOHOL INVOLVEMENT WHICH INCLUDES POSSESSION, USE OR DELIVERY IN THE INSTANT OFFENSE OR CRIMINAL HISTORY.

   The Institutional Division will monitor your treatment plan progress and will report your progress to the Board of Pardons and Paroles.

   Should you have any questions regarding this notice you are to contact your unit Institutional Parole Office.

This Notice of the Parole Panel Action is your written detailed statement as required by Texas Government Code SECTION 508.1411.
NEXT REVIEW
CC: INMATE - TDCJ-ID

EXHIBIT "B"

```
PDKAR008AAHN̶E̶   STATE OF TEXAS                      01/24/2018
       P1         BOARD OF PARDONS AND PAROLES      PAGE    1

                     NOTICE OF PAROLE PANEL DECISION

NAME: ZUNIGA,CARLOS
SID NUMBER: 04482946        PACK            TDCJ-ID NUMBER: 01764283
TDCJ-ID UNIT OF ASSIGNMENT: E̶L̶L̶I̶S̶
HOUSING ASSIGNMENT: D̶O̶R̶M̶ ̶D̶-̶1̶2̶   DORM A1    BED: 0̶6̶9̶ 050
```

SUBJECT: Decision Not to Grant Parole - NEXT REVIEW

   After a review of your case, the Board of Pardons and Paroles decision is not to grant you parole and has set your next parole review date as 01/2021.

   You have been denied parole for the reason(s) listed below:
One or more components indicated in each paragraph listed below may apply, but only one is required.
2D.  THE RECORD INDICATES THE INSTANT OFFENSE HAS ELEMENTS OF
     BRUTALITY, VIOLENCE, ASSAULTIVE BEHAVIOR, OR CONSCIOUS SELECTION
     OF VICTIM'S VULNERABILITY INDICATING A CONSCIOUS DISREGARD FOR THE
     LIVES, SAFETY, OR PROPERTY OF OTHERS, SUCH THAT THE OFFENDER POSES
     A CONTINUING THREAT TO PUBLIC SAFETY.

   The Institutional Division will monitor your treatment plan progress and will report your progress to the Board of Pardons and Paroles.

   Should you have any questions regarding this notice you are to contact your unit Institutional Parole Office.

This Notice of the Parole Panel Action is your written detailed statement as required by Texas Government Code SECTION 508.1411.
NEXT REVIEW
CC: OFFENDER

EXHIBIT "D"

```
PDKAR008AABVCY            STATE OF TEXAS                    01/22/2021
                    BOARD OF PARDONS AND PAROLES            PAGE    1

                     NOTICE OF PAROLE PANEL DECISION

NAME: ZUNIGA,CARLOS
SID NUMBER: 04482946                      TDCJ-ID NUMBER: 01764283
TDCJ-ID UNIT OF ASSIGNMENT: CONNALLY
HOUSING ASSIGNMENT: DORM 19X              BED: 014

SUBJECT: Decision Not to Grant Parole - NEXT REVIEW
```

After a review of your case, the Board of Pardons and Paroles decision is not to grant you parole and has set your next parole review date as 01/2024.

You have been denied parole for the reason(s) listed below:
One or more components indicated in each paragraph listed below may apply, but only one is required.

2D. THE RECORD INDICATES THE INSTANT OFFENSE HAS ELEMENTS OF BRUTALITY, VIOLENCE, ASSAULTIVE BEHAVIOR, OR CONSCIOUS SELECTION OF VICTIM'S VULNERABILITY INDICATING A CONSCIOUS DISREGARD FOR THE LIVES, SAFETY, OR PROPERTY OF OTHERS, SUCH THAT THE OFFENDER POSES A CONTINUING THREAT TO PUBLIC SAFETY.
1D. THE RECORD INDICATES THAT THE OFFENDER HAS REPEATEDLY COMMITTED CRIMINAL EPISODES THAT INDICATE A PREDISPOSITION TO COMMIT CRIMINAL ACTS UPON RELEASE.
3D. THE RECORD INDICATES EXCESSIVE SUBSTANCE USE INVOLVEMENT.
7D. THE RECORD INDICATES THAT LENGTH OF TIME SERVED BY THE OFFENDER IS NOT CONGRUENT WITH OFFENSE SEVERITY AND CRIMINAL HISTORY.

The Institutional Division will monitor your treatment plan progress and will report your progress to the Board of Pardons and Paroles.

Should you have any questions regarding this notice you are to contact your unit Institutional Parole Office.

This Notice of the Parole Panel Action is your written detailed statement as required by Texas Government Code SECTION 508.1411.
NEXT REVIEW
CC: OFFENDER



Carlos Zuniga #01760203
Connally Unit
899 F.M. 632
Kenedy, TX 78119-4516

LEGAL MAIL

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK
RECEIVED
FEB 10 2021

United States District Court
Western District of Texas
655 East Cesar E. Chavez Boulevard
San Antonio, Texas 78206-4106

CV-6

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
8 FEB 2021 PM 4 L

SCREENED BY
FEB 10 2021